

# State of Colorado,

**STATE OF COLORADO, ss:**

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Taylor True Smith**

has been duly licensed and admitted to practice as an

## *ATTORNEY AND COUNSELOR AT LAW*

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **30th** day of **October** A.D. **2017** and that at the date hereof the said **Taylor True Smith** is in good standing at this Bar.

**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **15th** day of **March** A.D. **2022**

*Cheryl Stevens*
Clerk

By *Myra Sanchez*
Deputy Clerk